**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Thomas John Hadden<br>Kelly Lyn Hadden<br>aka Kelly Lyn Strackbein<br><br>**Debtor** | BK NO. 19-03114 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER and index same on the master mailing list.

                             Respectfully submitted,

                             **/s/ James C. Warmbrodt, Esquire**
                             James C. Warmbrodt, Esquire
                             KML Law Group, P.C.
                             BNY Mellon Independence Center
                             701 Market Street, Suite 5000
                             Philadelphia, PA  19106
                             215-627-1322