```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                  Case No. 19-03114-RNO
Kelly Lyn Hadden                                                        Chapter 13
Thomas John Hadden
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: REshelman          Page 1 of 1          Date Rcvd: Aug 28, 2019
                              Form ID: pdf010          Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2019.
db/jdb       +Kelly Lyn Hadden,    Thomas John Hadden,    9 Top of the Hill Drive,    Honesdale, PA 18431-7615
5225696      +Credit Acceptance,   25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2019 19:31:12
              PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5226278      +E-mail/Text: bankruptcy@cavps.com Aug 28 2019 19:23:27      Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5227034       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2019 19:31:06      LVNV Funding, LLC,
              Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
5232377       E-mail/Text: bkr@cardworks.com Aug 28 2019 19:23:16      MERRICK BANK,
              Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
5225971      +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2019 19:31:13      Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 3

| | |
|---|---|
| IN RE: KELLY LYN HADDEN<br>KELLY LYN STRACKBEIN<br>THOMAS JOHN HADDEN<br><br>Debtor(s)<br><br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>KELLY LYN HADDEN<br>KELLY LYN STRACKBEIN<br>THOMAS JOHN HADDEN<br><br>Respondent(s) | CHAPTER 13<br><br>CASE NO: 5-19-03114-RNO<br><br>MOTION TO DISMISS WITH PREJUDICE |

## ORDER

Upon consideration of the Trustee's Motion to Dismiss Case for Failure to File a List of Creditors with Prejudice, after hearing held on August 28, 2019, it is

ORDERED that the Motion is GRANTED and the above-captioned bankruptcy is DISMISSED WITH PREJUDICE. Debtor is hereby BARRED from filing in this District for a period of 180 days from the date of this Order without prior court order.

Dated: August 28, 2019

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (BI)